**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSHUA BOOHER,** | : | **CIVIL NO. 3:22-CV-672** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **CHAD WAKEFIELD, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW this 26th day of August 2025, in accordance with the accompanying Memorandum Opinion, the defendants' motion for summary judgment, (Doc. 42), is GRANTED as to Defendants Wakefield, Deljovnovan, McNeal, Bishop, Cook, and Pine and DENIED as to Defendants Gongloff and Fisher.

IT IS FURTHER ORDERED that the parties consult and confer among themselves and with each other regarding whether they wish to proceed to a mediation or settlement conference and notify the Court on or before **September 16, 2025** if they wish to pursue this course.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge